IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**REDONDO PERINI JOINT VENTURE,**
Plaintiff

v.                                           CIVIL NO. 05-1962(DRD)

**FEDERAL INSURANCE COMPANY, et al.,**
Defendants

| MOTION | ORDER |
|---|---|
| **Date Filed: 12/23/05**<br>**Docket #7**<br>[ ] **Plaintiff**<br>[X] **Defendants**<br>**Title:** Motion for Stay Pending Arbitration | **MOOT.** A Final Arbitration Award has been issued as informed by plaintiff at Docket Entry No. 23. |
| **Date Filed: 03/22/06**<br>**Docket # 23**<br>[X] **Plaintiff**<br>[ ] **Defendants**<br>**Title:** Informative Motion | **NOTED** as to Final Arbitration Award being issued in case number 50 T 19900647 02. |
| **Date Filed: 05/05/06**<br>**Docket # 24**<br>[X] **Plaintiff**<br>[ ] **Defendants**<br>**Title:** Motion for Leave to File Amended Complaint | **GRANTED.** *See*, Rule 15(a), Fed.R.Civ.P.; *Foman v. Davis*, 371 U.S. 178, 182 (1962). Further, defendants have entered their consent to the filing of the Amended Complaint, see Docket No. 26. |
| **Date Filed: 05/25/06**<br>**Docket # 26**<br>[ ] **Plaintiff**<br>[X] **Defendants**<br>**Title:** Sureties' Consent to the Filing of the Amended Complaint | **NOTED.** |

**IT IS SO ORDERED.**
In San Juan, Puerto Rico this 1st day of June 2006.

S/DANIEL R. DOMINGUEZ
DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE